THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD VERNEY, Appellant.

Argued January 24, 1946; decided March 7, 1946.

*Henry Hirschberg* for appellant.

*Stanley B. Johnson, District Attorney (Donald H. McCann* of counsel), for respondent.

Judgment affirmed; no opinion.

·Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.